Submitted on record and briefs October 30, reversed and remanded
December 16, 1992

ROBERTO CONTRERAS,
*Appellant,*

*v.*

Carl ZENON,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

(92C-10753; CA A76482)

842 P2d 811

Garrett A. Richardson, Portland, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in dismissing the petition for post-conviction relief. *Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992). We accept the concession.

Reversed and remanded.